# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| MATTHEW STRUCK, DANIEL FRANCISCO, and FIREARMS POLICY COALITION, INC.<br><br>Plaintiffs,<br><br>v.<br><br>MATTHEW J. PLATKIN, in his official capacity as Acting Attorney General of New Jersey, and PATRICK J. CALLAHAN, in his official capacity as Superintendent of the New Jersey State Police,<br><br>Defendants. | Civil Action No. 3:24-cv-09479-MAS-JTQ |

## NOTICE OF MOTION AND MOTION FOR ADMISSION PRO HAC VICE OF RAYMOND M. DiGUISEPPE

PLEASE TAKE NOTICE, Plaintiffs Matthew Struck, Daniel Francisco, and Firearms Policy Coalition, Inc. ("Plaintiffs") hereby move for an Order granting pro hac vice admission to Raymond M. DiGuiseppe, of the DiGuiseppe Law Firm, P.C., Southport, North Carolina, in Civil Action No. 3:24-cv-09479-MAS-JTQ, as co-counsel for Plaintiffs in this matter.

PLEASE TAKE FURTHER NOTICE that in support of this motion, Plaintiffs rely upon the Certification of Bradley Lehman with the Certified Statement of the foregoing attorney.

PLEASE TAKE FURTHER NOTICE that a proposed form of Order is submitted herewith.

Dated: October 11, 2024          Respectfully submitted,

*/s/ Bradley P. Lehman*
Bradley P. Lehman
Gellert Seitz Busenkell & Brown, LLC
1201 N. Orange Street, Suite 300
Wilmington, DE 19801
302-416-3344
Email: blehman@gsbblaw.com
*Attorneys for Plaintiffs*