**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| MATTHEW STRUCK, DANIEL FRANCISCO, and FIREARMS POLICY COALITION, INC.<br><br>Plaintiffs,<br><br>v.<br><br>MATTHEW J. PLATKIN, in his official capacity as Acting Attorney General of New Jersey, and PATRICK J. CALLAHAN, in his official capacity as Superintendent of the New Jersey State Police,<br><br>Defendants. | Civil Action No. 3:24-cv-09479-MAS-JTQ |

**DECLARATION OF BRADLEY LEHMAN IN SUPPORT OF THE ADMISSION PRO HAC VICE OF RAYMOND M. DiGUISEPPE**

I, Bradley Lehman, hereby certify as follows:

I am an Attorney at Law licensed to practice in the State of New Jersey, a member in good standing of the Bar of this Court, and counsel of record for Plaintiffs in this matter. I make this Declaration in support of the pro hac vice admission of Raymond M. DiGuiseppe to act as co-counsel for Plaintiffs in this matter.

I have been advised that Raymond M. DiGuiseppe is a member in good standing and admitted to practice before several state and federal courts, as certified by him in the Certified Statement attached as Exhibit A.

I will act as local counsel for this pro hac vice counsel and will undertake all responsibilities as such.

I hereby move for pro hac vice admission of the foregoing individual. We have obtained consent to these applications from counsel for Defendants.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: October 11, 2024            Respectfully submitted,

                                             */s/ Bradley P. Lehman*
                                             Bradley P. Lehman

# EXHIBIT A

### CERTIFIED STATEMENT OF RAYMOND M. DiGUISEPPE

I, Raymond M. DiGuiseppe, hereby certify as follows:

I am a member in good standing of the bars of the following state and federal courts, and the address of each office maintaining the roll of its members is as follows:

**California State Bar**
(12/3/2003-present)
180 Howard Street
San Francisco, CA 94105

**District of Columbia Bar**
(8/8/2005-present)
901 4th Street, NW
Washington, D.C. 20001

**North Carolina State Bar**
(9/10/2010-present)
217 East Edenton Street
Raleigh, NC 27601

**New York State Bar**
(8/16/2018-present)
Attorney Registration Unit
25 Beaver Street - Room 840
New York, NY 10004

**United States Supreme Court**
(1/7/2008-present)
1 First Street, NE
Washington, DC 20543

**Ninth Circuit Court of Appeals**

(7/8/2009-present)
Office of the Clerk
P.O. Box 193939
San Francisco, CA 94119-3939

**First Circuit Court of Appeals**
(6/10/2022-present)
1 Courthouse Way, Suite 2500
Boston, MA 02210

**U.S. District Court, Central District of California**
(11/29/2007-present)
350 W 1st Street, Suite 4311
Los Angeles, CA 90012-4565

**U.S. District Court, Eastern District of North Carolina**
(7/2/2012-present)
310 New Bern Avenue
Raleigh, NC 27601

**U.S. District Court, Eastern District of California**
(5/16/2017-present)
501 I Street, Room 4-200
Sacramento, CA 95814

**U.S. District Court, District of Colorado**
(3/16/2020-present)
901 19th Street
Denver, CO 80294

**U.S. District Court, Northern District of California**
(4/9/2020-present)
450 Golden Gate Avenue
San Francisco, CA 94102

**U.S. District Court, Southern District of California**
(11/9/2020-present)
333 West Broadway, Suite 420

San Diego, CA 92101
**U.S. District Court, Western District of North Carolina**
(1/24/23-present)
401 West Trade Street, Room 1200
Charlotte, NC  28202

Dated:  October 11, 2024                                      Respectfully submitted,

*/s/ Raymond M. DiGuiseppe*
Raymond M. DiGuiseppe
The DiGuiseppe Law Firm, P.C.
116 N. Howe Street, Suite A
Southport, NC 28461
910-713-8804
law.rmd@gmail.com