**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| MATTHEW STRUCK, DANIEL FRANCISCO, and FIREARMS POLICY COALITION, INC.<br><br>           Plaintiffs,<br><br>v.<br><br>MATTHEW J. PLATKIN, in his official capacity as Acting Attorney General of New Jersey, and PATRICK J. CALLAHAN, in his official capacity as Superintendent of the New Jersey State Police,<br><br>           Defendants. | Civil Action No. 3:24-cv-09479-MAS-JTQ<br><br>**ORDER GRANTING MOTION FOR PRO HAC VICE ADMISSION** |

      This matter has been brought before the Court on an application for an Order allowing Raymond M. DiGuiseppe to appear and participate pro hac vice in this matter on behalf of the above-named Plaintiffs, and this Court having considered the moving papers, and this matter being considered without oral argument pursuant to L. Civ. R. 78.1(b), and for good cause shown;

IT IS on this _____ day of October 2024,

ORDERED that the application to appear pro hac vice is granted; and it is further

ORDERED that the abovementioned attorney be permitted to appear pro hac vice in the above-captioned matter pursuant to L. Civ. R. 101.1(c); and it is further

ORDERED that, all pleadings, briefs, and other papers filed with the Court shall be signed by an attorney duly admitted to the Bar of this Court who shall be held responsible for said papers and for the conduct of the case and who will be held responsible for the conduct of the attorney admitted hereby; and it is further

ORDERED that the abovementioned attorney shall pay the annual fee to the New Jersey Lawyers' Fund for Client Protection in accordance with L.Civ.R. 101.1(c)(2) and New Jersey Court Rule 1:28-2 as such fee may become due for each year that the abovementioned attorney continues to participate pro hac vice; and it is further

ORDERED that the abovementioned attorney shall make payment of $250.00 to the Clerk of the United States District Court in accordance with L.Civ.R. 101.1(c)(3), within twenty (20) days from the date of the entry of this Order; and it is further

ORDERED that the abovementioned attorney shall be bound by the Rules of the United States District Court for the District of New Jersey, including, but not limited to the provisions of L.Civ.R. 103.1, Judicial Ethics and Professional Responsibility, and L.Civ.R. 104.1, Discipline of Attorneys; and it is further

ORDERED that the abovementioned attorney shall be deemed to have agreed to take no fee in any tort case in excess of the New Jersey State Court Contingency Fee Rule, Rule 1:21-7, as amended; and it is further

ORDERED that abovementioned attorney may file a request, the form for which is available at the Court's website, with the Clerk of the Court for pro hac vice counsel to receive electronic notifications in this matter.

_____