MATTHEW J. PLATKIN
ATTORNEY GENERAL OF NEW JERSEY
R.J. Hughes Justice Complex
P.O. Box 112
Trenton, New Jersey 08625
Attorney for Defendant Attorney General of New Jersey and Superintendent of New Jersey State Police

By: Daniel M. Vannella (015922007)
    Assistant Attorney General
    609-376-2776
    daniel.vannella@law.njoag.gov

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| MATTHEW STRUCK, DANIEL FRANCISCO, AND FIREARMS POLICY COALITION, INC., <br><br>  Plaintiffs, <br><br>v. <br><br>MATTHEW J. PLATKIN, in his official capacity as Attorney General of New Jersey, and PATRICK J. CALLAHAN, in his official capacity as Superintendent of the New Jersey State Police, <br><br>  Defendants. | CIVIL ACTION NO.: 3:24-cv-9479-MAS-JTQ <br><br><br>**APPLICATION FOR AN EXTENSION OF TIME TO ANSWER, MOVE, OR OTHERWISE REPLY PURSUANT TO LOCAL CIVIL RULE 6.1(b)** |

    Application is hereby made for a Clerk's Order extending time within which Defendants, Attorney General of New Jersey and Superintendent of New Jersey State Police, may answer, move, or otherwise reply to Plaintiffs' Complaint; and it

1

is represented that:

1. No previous extension has been obtained by either of these Defendants.

2. Each of these Defendants was served on September 30, 2024. (Dkts. 6-7).

3. The original deadline for both of these Defendants to answer, move, or otherwise reply is October 21, 2024.

                MATTHEW J. PLATKIN
                ATTORNEY GENERAL OF NEW JERSEY

        By:  /s/ Daniel M. Vannella
              Daniel M. Vannella
              Assistant Attorney General

DATE: October 17, 2024

The above application is ORDERED GRANTED and the time within which Defendants Attorney General of New Jersey and Superintendent of New Jersey State Police shall answer, move, or otherwise reply is extended to November 4, 2024.

                MELISSA E. RHOADS, CLERK

        By:  _____
              Deputy Clerk

DATED: