UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| MATTHEW STRUCK, DANIEL FRANCISCO, and FIREARMS POLICY COALITION, INC.<br><br>Plaintiffs,<br><br>v.<br><br>MATTHEW J. PLATKIN, in his official capacity as Acting Attorney General of New Jersey, and PATRICK J. CALLAHAN, in his official capacity as Superintendent of the New Jersey State Police,<br><br>Defendants. | Civil Action No. 3:24-cv-09479-MAS-JTQ |

## SUPPLEMENTAL CERTIFIED STATEMENT OF RAYMOND M. DiGUISEPPE

I, Raymond M. DiGuiseppe, hereby certify as follows:

    1.    I am a member in good standing of the bars of the following state and federal courts, and the address of each office maintaining the roll of its members is as follows:

**California State Bar**
(12/3/2003-present)
180 Howard Street
San Francisco, CA 94105

**District of Columbia Bar**
(8/8/2005-present)
901 4th Street, NW

Washington, D.C. 20001

**North Carolina State Bar**
(9/10/2010-present)
217 East Edenton Street
Raleigh, NC 27601

**New York State Bar**
(8/16/2018-present)
Attorney Registration Unit
25 Beaver Street - Room 840
New York, NY 10004

**United States Supreme Court**
(1/7/2008-present)
1 First Street, NE
Washington, DC 20543

**Ninth Circuit Court of Appeals**
(7/8/2009-present)
Office of the Clerk
P.O. Box 193939
San Francisco, CA 94119-3939

**First Circuit Court of Appeals**
(6/10/2022-present)
1 Courthouse Way, Suite 2500
Boston, MA 02210

**U.S. District Court, Central District of California**
(11/29/2007-present)
350 W 1st Street, Suite 4311
Los Angeles, CA 90012-4565

**U.S. District Court, Eastern District of North Carolina**
(7/2/2012-present)
310 New Bern Avenue
Raleigh, NC 27601

**U.S. District Court, Eastern District of California**
(5/16/2017-present)
501 I Street, Room 4-200
Sacramento, CA 95814

**U.S. District Court, District of Colorado**
(3/16/2020-present)
901 19th Street
Denver, CO 80294

**U.S. District Court, Northern District of California**
(4/9/2020-present)
450 Golden Gate Avenue
San Francisco, CA 94102

**U.S. District Court, Southern District of California**
(11/9/2020-present)
333 West Broadway, Suite 420
San Diego, CA 92101

**U.S. District Court, Western District of North Carolina**
(1/24/23-present)
401 West Trade Street, Room 1200
Charlotte, NC  28202

2.    No disciplinary proceedings are pending against me in any jurisdiction and no discipline has previously been imposed on me in any jurisdiction.

Dated:  October 21, 2024                    Respectfully submitted,

*/s/ Raymond M. DiGuiseppe*
Raymond M. DiGuiseppe
The DiGuiseppe Law Firm, P.C.
116 N. Howe Street, Suite A
Southport, NC 28461
910-713-8804
law.rmd@gmail.com