

# State of New Jersey

**DEPARTMENT OF LAW AND PUBLIC SAFETY**
**DIVISION OF LAW**
**25 MARKET STREET**
**PO BOX 112**
**TRENTON, NJ  08625-0112**

PHILIP D. MURPHY
*Governor*

TAHESHA L. WAY
*Lt. Governor*

MATTHEW J. PLATKIN
*Attorney General*

MICHAEL T.G. LONG
*Director*

November 22, 2024

<u>VIA CM/ECF AND REGULAR MAIL</u>
The Honorable Michael A. Shipp, U.S.D.J.
United States District Court for the District of New Jersey
Clarkson S. Fisher Building & United States Courthouse
402 East State Street
Trenton, New Jersey 08608

    Re:    S*truck v. Platkin.*
            Civil Action No. 3:24-cv-09479-MAS-JTQ

           *Benton v. Platkin*
            Civil Action No. 1:24-cv-07098-KMW-MJS

Dear Judge Shipp:

Enclosed please find <u>one courtesy copy</u> of Defendants' Reply Brief in Support of Their Motion to Consolidate the above-referenced matters. Please also be advised that, pursuant to Local Civil Rule 42.1, this motion has been electronically filed in the earlier filed docket, 1:24-cv-07098-KMW-MJS, and a copy of this cover letter will be submitted to the Clerk of Court to be filed on the later filed docket, 3:24-cv-09479-MAS-JTQ.

            Respectfully submitted,

            MATTHEW J. PLATKIN
            ATTORNEY GENERAL OF NEW JERSEY

      By:    <u>/s/ Daniel M. Vannella</u>
            Daniel M. Vannella (015922007)
            Assistant Attorney General
            *Counsel for Defendants Attorney General of New Jersey and*
                *Superintendent of New Jersey State Police*

Enclosure (Motion to Consolidate Reply Brief)


