AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of New Jersey

Matthew Struck et al. )
*Plaintiff* )
v. )  Case No.   3:24-cv-9479-MAS-JTQ
Matthew J. Platkin et al. )
*Defendant* )

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Matthew J. Platkin, New Jersey Attorney General, and Patrick J. Callahan, N.J. State Police Superintendent.

Date:   03/06/2025

/s/ Giancarlo G. Piccinini
*Attorney's signature*

Giancarlo Genaro Piccinini (414322022)
*Printed name and bar number*
New Jersey Office of the Attorney General
Division of Law
124 Halsey Street, P.O Box 45029
Newark, New Jersey 07101
*Address*

Giancarlo.Piccinini@law.njoag.gov
*E-mail address*

(609) 696-5283
*Telephone number*

*FAX number*