## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| MATTHEW STRUCK, DANIEL FRANCISCO AND FIREARMS POLICY COALITION, INC., <br><br> Plaintiffs, <br><br> v. <br><br> MATTHEW J. PLATKIN AND PATRICK J. CALLAHAN, <br><br> Defendants. | C.A. No.: 3:24-CV-09479-MAS-JTQ |

### NOTICE OF CHANGE OF FIRM AFFILIATION

PLEASE TAKE NOTICE of the following change of firm affiliation for Bradley P. Lehman, Esquire, counsel for Plaintiffs Matthew Struck, Daniel Francisco and Firearms Policy Coalition, Inc.:

> Bradley P. Lehman
> Whiteford, Taylor & Preston LLC
> 600 North King Street, Suite 300
> Wilmington, Delaware 19801
> 302-295-5674
> blehman@whitefordlaw.com

**WHITEFORD, TAYLOR & PRESTON LLC**

*/s/ Bradley P. Lehman*
Bradley P. Lehman
600 North King Street, Suite 300
Wilmington, DE 19801

                            Telephone: (302) 295-5674
                            Facsimile: (302) 295-5678
                            Email: blehman@whitefordlaw.com

                            *Attorneys for Plaintiff*

Dated: May 19, 2025

## **CERTIFICATE OF SERVICE**

I, Bradley P. Lehman, hereby certify that on this 19th day of May 2025, that the attached *Notice of Change of Firm Affiliation* was served upon all counsel of record via E-Filing CM/ECF.

                                        */s/ Bradley P. Lehman*
                                        Bradley P. Lehman